IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**SEPANTA JALAI,**

  **Plaintiff,**

 v.              Civil Action 2:16-cv-512
                   Judge Algenon L. Marbley
                   Magistrate Judge Jolson

**UNUM LIFE INSURANCE
COMPANY OF AMERICA,**

  **Defendant.**

## ORDER

On November 3, 2017, the parties filed a Joint Motion to File Exhibits Under Seal. (Doc. 23). More specifically, the parties moved for leave to file exhibits supporting their respective Motions for Summary Judgment under seal for two reasons: (1) "[s]ome exhibits may be drawn from or comprise the administrative record that was developed during Unum's administrative review of Jalali's claim" so may contain "sensitive information about Jalali's medical condition and about her financial circumstance," and (2) "[o]ther exhibits may contain material proprietary to Unum." (*Id*. at 1–2).

In an Order on November 6, 2017, the Court advised the parties of the applicable legal standard in *Shane Grp., Inc. v. Blue Cross Blue Shield of Mich.*, 825 F.3d 299, 305 (6th Cir. 2016), and found it unclear whether the parties had satisfied that standard. (Doc. 26). Consequently, the Court ordered the parties to provide the documents at issue for an *in camera* inspection. (*Id*.).

On November 7, 2017, the parties advised the Court by email that, while they seek leave to file the exhibits in support of their respective Motions for Summary Judgment, they no longer

wish do so under seal.  Consequently, the Joint Motion to File Exhibits Under Seal is **DENIED** as **MOOT**, and the parties are hereby **GRANTED** leave to file their exhibits on the public record.  (Doc. 23).

    IT IS SO ORDERED.


Date:  November 7, 2017                                    /s/ Kimberly A. Jolson
                                                                   KIMBERLY A. JOLSON
                                                                   UNITED STATES MAGISTRATE JUDGE